IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MIGUEL MALDONADO,

    Plaintiff,

vs.

HILLARY RODHAM CLINTON,
Secretary of State,

    Defendant.

CIVIL ACTION NO.: CV512-140

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Petition for Declaratory Judgment and for Injunctive Relief, filed pursuant to 28 U.S.C. §§ 2201 and 2202, is **DISMISSED**. Petitioner's Motion for Leave to proceed *in forma pauperis* is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 11 day of January, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)